Kathy I. RILEY, Plaintiff–Appellant,

v.

BEVERAGE AIR, A DIVISION OF SPECIALTY EQUIPMENT MANUFACTURING COMPANY, Defendant–Appellee.

No. 02–1037.

United States Court of Appeals, Fourth Circuit.

Submitted June 18, 2002.

Decided June 28, 2002.

Steven M. Krause, Law Offices of Steven M. Krause, P.A., Anderson, South Carolina; Mary C. McCormac, Clemson, South Carolina, for Appellant. S. Clay Keim, Jeffrey A. Lehrer, Edwards, Ballard, Bishop, Clark, Sturm & Keim, P.A., Spartanburg, South Carolina, for Appellee.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kathy Riley appeals the district court's order granting summary judgment and dismissing her state privacy act and Family and Medical Leave Act (FMLA) claims. 29 U.S.C.A. §§ 2601–2654 (West 1999). We have reviewed the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Riley v. Beverage Air,* No. CA–00–2267–8–24 (D.S.C. Nov. 28, 2001).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*